**JUDGE SWAIN**

**08 CV 0937**

CHALOS, O'CONNOR & DUFFY, LLP
Attorneys for Plaintiff,
ARABIAN WIND LTD.
366 Main Street
Port Washington, New York 11050
Tel: (516) 767-3600
Fax: (516) 767-3605
Owen F. Duffy (OD-3144)
George E. Murray (GM-4172)

[Stamp: JAN 28 2008 U.S.D.C. S.D.N.Y. CASHIERS]

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
ARABIAN WIND LTD.,

           Plaintiff,

     v.                                                                                    08 CV _____ (___)

PAKRI TANKERS OU,                                                      **STATEMENT PURSUANT
                                                                                              TO RULE 7.1**

           Defendant.
-----------------------------------------------------------X

      Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel of record for Plaintiff, ARABIAN WIND LTD., certifies that there are no corporate parents, affiliates and/or subsidiaries of said party which are publicly held.

Dated: Port Washington, New York
       January 28, 2008

                                             CHALOS, O'CONNOR & DUFFY, LLP
                                             Attorneys for Plaintiff,
                                             ARABIAN WIND LTD.

                By: _____
                                           Owen F. Duffy (OD-3144)
                                           George E. Murray (GM-4172)
                                           366 Main Street
                                           Port Washington, New York 11050
                                           Tel: (516) 767-3600
                                           Fax: (516) 767-3605