# CHALOS, O'CONNOR & DUFFY
## ATTORNEYS AT LAW

Michael G. Chalos
Eugene J. O'Connor
George M. Chalos
Owen F. Duffy
Leroy S. Corsa
Timothy Semenoro*
Brian T. McCarthy
George E. Murray

*Admitted in NY & NJ

366 MAIN STREET
PORT WASHINGTON, NEW YORK 11050-3120

TELEPHONE (516) 767-3600
TELECOPIER (516) 767-3605 & 3925
WEBSITE: WWW.CODUS-LAW.COM

Owen F. Duffy
Partner
ofd@codus-law.com

[Stamp: ELECTRONICALLY FILED DOCUMENT APR 3 0 2008]

April 28, 2008

Honorable Laura Taylor Swain
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Room 755
New York, New York 10007

**MEMO ENDORSED**

Re: Arabian Wind Ltd. v. Pakri Tankers Ou
    08 CV 0937 (LTS)
    CO&D Ref: 500115.0017

Dear Judge Swain:

We are the attorneys for the Plaintiff, Arabian Wind Ltd. in the above referenced matter, and write to respectfully request a sixty-day (60) adjournment of the upcoming Initial Pre-Trial Conference. The Conference is presently scheduled to proceed on Friday, May 2, 2008 at 2:30 p.m. We have not previously requested any adjournments in this matter. This is a Rule B maritime attachment matter, and to date we have not yet attached any funds belonging to the Defendant as per the Order of Maritime Attachment and Garnishment issued by Your Honor on January 28, 2008. We have not yet effected service upon the Defendant, as they are located overseas, but continue daily service of the garnishee banks. In the interest of judicial economy, we respectfully request a sixty-day (60) adjournment of this Conference.

In advance, thanking the Court for its time and consideration, we remain,

*The conference is adjourned to July 11, 2008, at 3:00 pm.*

Respectfully yours,

SO ORDERED.

CHALOS, O'CONNOR & DUFFY

OFD/ajw      4/29/2008

Owen F. Duffy

LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE

CHALOS, O'CONNOR & DUFFY LLP