CHALOS, O'CONNOR & DUFFY, LLP
Attorneys for Plaintiff,
ARABIAN WIND LTD.
366 Main Street
Port Washington, New York
11050
Tel: (516) 767-3600
Fax: (516) 767-3605
Owen F. Duffy (OD-3144)
George E. Murray (GM-4172)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ARABIAN WIND LTD.,

                Plaintiff,

   v.

PAKRI TANKERS OU,

                Defendant.
------------------------------------------------------------X

08 CV 0937 (LTS)

**NOTICE OF VOLUNTARY DISMISSAL**

PLEASE TAKE NOTICE that the above-captioned action is hereby voluntarily dismissed without prejudice by Plaintiff, ARABIAN WIND LTD., as to the Defendant, PAKRI TANKERS OU, pursuant to Rule 41(a)(1) of the Rules of Civil Procedure for the United States District Courts. The Defendant has not appeared, answered, or filed a motion for summary judgment in this action. No costs are to be assessed to any party.

FURTHERMORE, the Process of Maritime Attachment and Garnishment issued by this Court, by Order dated January 28, 2008, is hereby vacated.

FURTHERMORE, the Pre-Trial Conference in this matter scheduled for July 11, 2008 at 3:00 p.m. is hereby cancelled.

Dated: Port Washington, New York
July 9, 2008

                                              CHALOS, O'CONNOR & DUFFY LLP
                                              Attorneys for Plaintiff,
                                              ARABIAN WIND LTD.,

By: _____
                                              Owen F. Duffy (OD-3144)
                                              366 Main Street
                                              Port Washington, New York 11050
                                              Tel:   516-767-3600
                                              Fax:   516-767-3605

**SO ORDERED:** The clerk of Court is respectfully requested to close this case.

Dated: New York, New York
       July 9, 2008

                                              _____
                                              Hon. Laura Taylor Swain, U.S.D.J.

2